# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Andres Santiago
2033 N Kilbourn
Chicago, IL 60639
(Name of the plaintiff or plaintiffs)

v.

City of Chgo Board of Education
125 S. Clark Str., 7th Floor
Chgo, IL 60603
(Name of the defendant or defendants)

CIVIL ACTION

13CV1013
Judge Kennelly
Magistrate Judge Kim

**RECEIVED FEB 07 2013 THOMAS G BRUTON CLERK, U.S. DISTRICT COURT**

**FILED 3/22/2013 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Andres Santiago of the county of Cook in the state of Illinois.
3. The defendant is City of Chicago Board of Education, whose street address is 125 South Clark, (city) Chicago (county) Cook (state) ILL. (ZIP) 60603
(Defendant's telephone number) (773) - 553-1000

II The plaintiff sought employment or was employed by the defendant at (street address) 1631 West Jonquil Terrace (city) Chicago (county) Cook (state) IL (ZIP code) 60626

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Sept, (day) 19, (year) 2011.
   around
   Also August of 2010 EFA
   Equal Pay Act

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

    ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) March (day) 14th (year) 2012.

    (ii) ☒ the Illinois Department of Human Rights, on or about (month) March (day) 14th (year) 2012. IDHR cross filed to

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month) N/A (day) N/A (year) N/A
    ☐ No, did not file Complaint of Employment Discrimination N/A

2. The plaintiff received a Final Agency Decision on (month) N/A (day) N/A (year) N/A.

c. Attached is a copy of the N/A

    a. Complaint of Employment Discrimination,
    ☐ YES ☐ NO, but a copy will be filed within 14 days. N/A

(ii) Final Agency Decision
    ☐ YES ☐ NO, but a copy will be filed within 14 days. N/A

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) January (day) 10th (year) 2013 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

   (a) ☒ failed to hire the plaintiff. until after hiring another person and timely
   (b) ☒ terminated the plaintiff's employment.
   (c) ☐ failed to promote the plaintiff.
   (d) ☐ failed to reasonably accommodate the plaintiff's religion.
   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ failed to stop harassment;
   (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
   (h) ☒ other (specify): had gotten another person in before hiring me back; stated the position require a bilingue / endorse person, but hire another person who did not have a bilingual endorsement.

13. The facts supporting the plaintiff's claim of discrimination are as follows:
Respondent had positions available for teachers. Respondent hired Tamika Graham (teacher) who is a female. I should have been given the open position because I was inappropriately not renewed. I lost one month and a half of wages because I wasn't given the available position. Tamika Graham whose ancestry is non hispanic was hired. She did not have a bilingual endorsement

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.
   (b) ☒ Direct the defendant to re-employ the plaintiff.
   (c) ☐ Direct the defendant to promote the plaintiff.
   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ Direct the defendant to (specify): paid the plaintiff loss wages

   (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
   (h) ☒ Grant such other relief as the Court may find appropriate.

_____
Plaintiff's signature

Andres Santiago
_____
Plaintiff's name

Plaintiff's street address  2033 N Kilbourn

City Chgo   State IL   ZIP 60639

Plaintiff's telephone number  773-343-2639

Date: 2/7/13



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2015 9051

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

November 19, 2012

Mr. Andres Santiago
2033 N. Kilbourn
Chicago, IL 60639

Re: EEOC Charge Against City of Chicago Board of Education
No. 21B201201227

Dear Mr. Santiago:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

RECEIVED EEOC
DEC 03 2012
CHICAGO DISTRICT OFFICE

cc: Chicago District Office, EEOC
    City of Chicago Board of Education

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 12M0201.05

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2012CF2596 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Mr. Andres Santiago | ( 773 ) 343-2639 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2033 N. Kilbourn | Chicago, Illinois 60639 | / / M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| City of Chicago Board of Education | 15+ | ( 773 ) 553-1000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 125 S. Clark Street, 2nd Floor | Chicago, Illinois 60603 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| National Origin  Ancestry  Sex | 9/1/11  ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS
   FAILURE TO RE-HIRE – SEPTEMBER 1, 2011, BECAUSE OF MY NATIONAL ORIGIN, PUERTO RICO

   B. PRIMA FACIE ALLEGATIONS
   1. My national origin is Puerto Rico.

   2. Respondent had positions available for teachers.

   3. I was qualified for the available teacher positions.

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 14th DAY OF March 2012.

_____
NOTARY SIGNATURE

OFFICIAL SEAL
KRYSTAL ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/14
NOTARY STAMP

X_____  3/14/12
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 2/09-I)

Charge Number: 20 CF2596
Complainant: Andres Santiago
Page 2 of 2

    4. On or about September 1, 2011, Respondent failed to re-hire me as a teacher. No reason was given for the adverse action.

    5. A similarly situated employee Tamika Graham whose national origin is not Puerto Rico was re-hired before me by Respondent.

II.   A.   ISSUE/BASIS
FAILURE TO RE-HIRE – SEPTEMBER 1, 2011, BECAUSE OF MY ANCESTRY, HISPANIC

  B.   PRIMA FACIE ALLEGATIONS
1. My ancestry is Hispanic.

2. Respondent had positions available for teachers.

3. I was qualified for the available teacher positions.

4. On or about September 1, 2011, Respondent failed to re-hire me for the available teacher positions. No reason was given for the adverse action.

5. A similarly situated employee Tamika Graham whose ancestry is not Hispanic was re-hired before me by Respondent.

III.   A.   ISSUE/BASIS
FAILURE TO RE-HIRE – SEPTEMBER 1, 2011, BECAUSE OF MY SEX, MALE

  B.   PRIMA FACIE ALLEGATIONS
1. My sex is male.

2. Respondent had positions available for teachers.

3. I was qualified for the available teacher positions.

4. On or about September 1, 2011, Respondent failed to re-hire me for the available teacher positions. No reason was given for the adverse action.

5. A similarly situated employee Tamika Graham (female), was re-hired before me by Respondent.

MFP/mfp